# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2024-2125
Lower Tribunal No. 08-CF-014485

———————————————

SHAWN ALWIN TRACEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Lee County.
Robert Branning, Judge.

January 20, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and SMITH, JJ., concur.


Blair N. Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

Shawn Alwin Tracey, Carrabelle, pro se.

James Uthmeier, Attorney General, Tallahassee, and Helen S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED